UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Guillermo Rocha, individually and on behalf of all others similarly situated, | 3:21-cv-50278 |
| Plaintiffs, | |
| - against - | |
| Perry Ellis International, Inc., | |
| Defendant | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT**

1. On July 14, 2021, Plaintiff filed the Complaint. ECF No. 1.

2. On October 15, 2021, Defendant filed a Motion to Dismiss the Complaint. ECF No. 13.

3. Plaintiff will file an amended complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) no later than November 5, 2021, 21 days after Defendant's Motion was filed.

Dated: October 21, 2021

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com