# EXHIBIT A



DLA Approved Independent Testing Laboratory

4207-1 Milgen Road, Columbus, GA  31907       Telephone:  844-309-6337       www.textest.com

|  |  |
|---|---|
| TexTesT Report: | 12438 |
| Date: | 8/10/2021 |
| Page: | 1 of 1 |

**CLIENT:** SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road
Great Neck, NY  11021

ATTN:  Spencer Sheehan

**SAMPLE IDENTIFICATION:**
65% PIMA COTTON/35% OTHER COTTON
SAMPLE #1       PERRY ELLIS        Size: M
Made in Vietnam  STYLE: 4FMK7141RT  COLOR: 308-DARK OLIVE
Barcode 030672843087    PO: RT23236

### SAMPLE #1

FIBER LENGTH AND DISTRIBUTION
ASTM D 5103

| | Length Group Lower Limit (in.) | Number of Fibers | Percent of Total | |
|---|---|---|---|---|
| | 2.040 | 0 | 0 | |
| | 1.920 | 0 | 0 | |
| | 1.800 | 0 | 0 | |
| | 1.680 | 0 | 0 | |
| Extra Long | 1.560 | 0 | 0 | |
| Long | 1.440 | 0 | 0 | Probability 0% |
| Medium | 1.320 | 0 | 0 | PIMA  Cotton |
| Short | 1.200 | 0 | 0 | |
| | 1.080 | 0 | 0 | |
| | 0.960 | 0 | 0 | |
| | 0.840 | 10 | 10 | |
| | 0.720 | 47 | 47 | |
| | 0.600 | 41 | 41 | |
| | 0.480 | 2 | 2 | |
| | 0.360 | 0 | 0 | |
| | 0.240 | 0 | 0 | |
| | 0.120 | 0 | 0 | |
| | 0.000 | 0 | 0 | |
| | | 100 | 100 | |

Total
| | |
|---|---|
| Average Length | 0.743 " |
| Standard Deviation | 0.08 % |
| Coefficient of Variation | 0.105 % |
| Maximum | 0.959 " |
| Minimum | 0.575 " |

TEXTEST

*Ann R. Underwood*
signed by

Sample Returned to Client

|  |  |
|---|---|
| TexTesT Report: | 12438 |
| Date: | 8/10/2021 |
| Page: | 2 |

| SAMPLE IDENTIFICATION: | 65% PIMA COTTON/35% OTHER COTTON<br>SAMPLE #1     PERRY ELLIS          Size: M<br>Made in Vietnam  STYLE: 4FMK7141RT  COLOR: 308-DARK OLIVE<br>Barcode 030672843087    PO: RT23236 |
|---|---|



| SUMMARY COMPARISON | 1 |
|---|---|
| Average Length inches | 0.743 |
| Std. Deviation | 0.078 |
| Coefficient of Varation | 0.105 % |

American Pima Standard  1.2 to 1.48"
Supima Standard 1.25" to 1.56"
Egyptian ELS Std 1.5" to  2.5"
GIZA 87 93 Std. 1.4 to 1.45"
Short Fiber Content= Less the 0.5"