## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Guillermo Rocha, individually and on behalf
of all others similarly situated,

               Plaintiff,

       - v. -

Perry Ellis International, Inc.,

               Defendant.

3:21-cv-50278

## JOINT STATUS REPORT

In accordance with this Court's Minute Entry (ECF No. 30), the parties submit this Joint Status Report.

1.     The parties are currently awaiting a ruling on Defendant's Rule 12(b)(6) motion to dismiss.

2.     The parties have exchanged Rule 26(a)(1) initial disclosures.

3.     On February 14, 2022, Plaintiff sent Defendant thirteen interrogatories, thirty-four requests for production, and seven requests for admission.

4.     On February 28, 2022, Defendant sent Plaintiff five interrogatories and two requests for production containing subparts.

5.     At this time the parties have not exchanged responses but will do so in accordance with the Federal Rules of Civil Procedure.

6.     Plaintiff intends to depose a corporate representative of Perry Ellis International, Inc., and Defendant intends to depose Guillermo Rocha.

Dated:    March 21, 2022

Sheehan & Associates, P.C.                    Fox Rothschild LLP

/s/Spencer Sheehan                            /s/ Joseph Collins
Spencer Sheehan                               Joseph Collins
60 Cuttermill Rd Ste 409                      321 N Clark St Ste 1600
Great Neck, NY 11021                          Chicago, IL 60654
Tel: (516) 268-7080                           Tel: (312) 517-9227
spencer@spencersheehan.com                    JCollins@foxrothschild.com

*Attorneys for Plaintiff*                     *Attorneys for Defendant*