# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Western Division

Guillermo Rocha
                                    Plaintiff,

v.                                                                         Case No.: 3:21−cv−50278
                                                                         Honorable Iain D. Johnston

Perry Ellis International, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i), see Dkt. 33, and the fact that the defendant has not yet answered or filed a motion for summary judgment, the clerk is directed to dismiss the complaint, and to strike the pending motion to dismiss [23] and the 5/23/2022 deadline for a written status report. Civil case terminated.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.